OPINION OF THE COURT
 

 On review of submissions pursuant to rule 500.2 (b) of the Rules of the Court of Appeals (22 NYCRR 500.2 [g]), order affirmed, with costs. The determination of the Appellate Division is correct in view of that court’s finding that New York Medical College’s dismissal of petitioner for academic cause was made in good faith and on the basis of the exercise of sound academic judgment (see
 
 Matter of
 
 
 *736
 

 Olsson v Board of Higher Educ.,
 
 49 NY2d 408;
 
 Tedeschi v Wagner Coll.,
 
 49 NY2d 652;
 
 Matter of Sofair v State Univ. of N. Y. Upstate Med. Center Coll. of Medicine,
 
 44 NY2d 475). Respondent medical college’s cross appeal dismissed, without costs, upon the ground that the cross appellant is not a party aggrieved (CPLR 5511).
 

 Concur: Chief Judge Cooke and Judges Jasen, Gabrielli, Jones, Wachtler, Fuchsberg and Meyer.